# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | | |
|---|---|---|
| EAST CENTRAL PUBLISHING, INC., | ) | |
| Plaintiff, | ) | 4:16-cv-00017-CRW-CFB |
| vs. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |
| | ) | 4-16-cv-00016-CRW-CFB |
| VALUE MARKETING, INC., | ) | |
| vs. | ) | |
| UNITED STATES OF AMERICA, | ) | **ORDER** |
| Defendant. | ) | |

Status Conferences in these cases were held on June 27, 2016. Appearing were Julia Ofenbakh and James Bresnahan.

The parties stipulated that the cases involve related parties and identical legal issues and requested that they be consolidated. The motion for consolidation is granted; further pleadings shall be carried under the caption of the older case, Value Marketing Inc. v. United States of America, 4-16-cv-00016. The schedule set June 16, 2016 (ECF 19) remains in effect. This is a bench trial with an estimated length of one to two days which shall commence November 6, 2017, before Senior Judge Charles R. Wolle.

A status conference is set before the undersigned at 9:30 a.m. on February 14, 2017. Counsel shall call the Court's conference line at 515-284-6266 and enter code 116266 at the prompt. A Joint Agenda shall be filed by February 10, 2017.

IT IS SO ORDERED.

Dated this 27th day of June, 2016.

**CELESTE F. BREMER**
**CHIEF UNITED STATES MAGISTRATE JUDGE**